PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
HRACH E. AGAZARYAN, State Bar No. 339758
hagazaryan@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
County of Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS VILLEGAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, a municipal entity; DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No.<br><br>[State Court Case No. 22STCV02813, Los Angeles Superior Court, Central District]<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §§ 1441(a) AND 1446(a); DECLARATION OF HRACH E. AGAZARYAN; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL**<br><br>**[28 U.S.C. §§ 1446, 1447, Rule 11]** |

　　　　TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that Defendant County of Los Angeles hereby removes to the United States District Court a civil action entitled *Nicolas Villegas v. County of Los Angeles, et al.,* which was filed in the Los Angeles Superior Court, Case No. 22STCV02813. Removal is made under 28 U.S.C. §§ 1441, 1443 and 1446 based on the following:

　　　　1.　　On or about January 24, 2022, this action was filed in the Los Angeles Superior Court by Plaintiff Nicolas Villegas ("Plaintiff") against

Defendant County of Los Angeles ("Defendant"), which included federal claims under 42 U.S.C. § 1983. Attached hereto as Exhibit "B" is a true and correct copy of the Complaint filed in the state court action.

2. On or about **January 28, 2022**, Defendant County of Los Angeles was **served with the Complaint**. Attached hereto as Exhibit "D" is a true and correct copy of the Summons filed in the state court action.

3. On or about February 16, 2022, Defendant County of Los Angeles served an Answer to Plaintiff's Complaint on Plaintiff and filed the same with the Los Angeles Superior Court. Attached hereto as Exhibit "I" is a true and correct copy of the Answer filed in the state court action.

4. This action meets the original jurisdiction requirements of 28 U.S.C. § 1441(a) and is removable by Defendant under 28 U.S.C. § 1446(a). A case is removable from state to federal court if the action could have been originally commenced in federal court. 28 U.S.C. § 1441(a); *Grubbs v. General Electric Credit Corp.*, 405 US 699, 702 (1972). The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court. *See, e.g. Destfino v. Reiswig*, 630 F.3d 952, 955 (9th Cir. 2011). Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 U.S.C § 1983. *See* 28 U.S.C. §§ 1343(a)(3) and 1443. Moreover, the Judicial Code confers original jurisdiction in the district courts over all actions involving federal questions. *See* 28 USC § 1331.

5. The gravamen of this action are the federal civil rights claims set forth in the First Cause of Action of Plaintiff's Complaint. Plaintiff's claims therefore arise under federal law in that they "require[] resolution of a substantial question of federal law in dispute between the parties." *Franchise Tax Bd. v. Laborers Vacation Trust*, 463 U.S. 1, 13 (1983). Plaintiff's "right to relief…necessarily depend[s] on the resolution of a substantial question of federal

law… in that federal law is a necessary element of one of the well pleaded … claims." *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 808 (1988) (*quoting Franchise Tax Bd.*, 463 U.S. at 27-28).

6. State law claims are also asserted in the Second, Third, Fourth, Fifth, and Sixth Causes of Action of Plaintiff's Complaint. When an action originally filed in state court is removed to federal court, the federal court has jurisdiction to determine not only the federal claims but all pendent state claims "that are so related to claims in the action . . . that they form part of the same case or controversy . . . ." *See* 28 U.S.C. § 1367. Such is the case with the pendent state claims in this action.

7. Other than the persons identified in the caption as "DOES 1 – 10," there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed.

8. This Notice of Removal is filed with this Court within 30 days after the **January 28, 2022 service date of Defendant** in this action.

9. A copy of this Notice of Removal will be filed with the Clerk of the Los Angeles Superior Court, Central District, and a copy of this Notice is being served on counsel for Plaintiff.

10. Copies of all other process, pleadings and orders served upon Defendant in the action filed in Los Angeles Superior Court are attached hereto collectively as Exhibits "A," "C," and "E" to "H."

Dated: February 18, 2022                LAWRENCE BEACH ALLEN & CHOI, PC

                                        By      /s/ Hrach E. Agazaryan
                                            Paul B. Beach
                                            Hrach E. Agazaryan
                                            Attorneys for Defendant
                                            County of Los Angeles

# DEMAND FOR JURY TRIAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant County of Los Angeles requests a trial by jury under Federal Rules of Civil Procedure, Rule 38(b), and Local Rule 38-1.

Dated: February 18, 2022              LAWRENCE BEACH ALLEN & CHOI, PC


By _____/s/ Hrach E. Agazaryan_____
    Paul B. Beach
    Hrach E. Agazaryan
    Attorneys for Defendant
    County of Los Angeles

VILLEGAS\NOTICE OF REMOVAL

## **DECLARATION OF HRACH E. AGAZARYAN**

I, Hrach E. Agazaryan, declare as follows:

1. The facts set forth herein are based on my personal knowledge or, as specified, upon my information and belief, based on official acts and writings. If called upon as a witness, I could and would testify competently to the facts contained herein under oath.

2. I am an attorney at law, duly licensed to practice before this Court and all the courts of the State of California, and an associate of the law firm of Lawrence Beach Allen & Choi, PC, attorneys of record for Defendant County of Los Angeles in this civil action filed in the Superior Court of the State of California, County of Los Angeles entitled *Nicolas Villegas v. County of Los Angeles*, Superior Court Case No. 22STCV02813, now pending in the Los Angeles Superior Court.

3. Plaintiff Nicolas Villegas originally filed this action in Los Angeles Superior Court on or about January 24, 2022, which included federal claims under 42 U.S.C. § 1983. Attached hereto as Exhibit "B" is a true and correct copy of the Complaint filed in the state court action.

4. On or about **January 28, 2022**, Defendant County of Los Angeles was served with the Complaint and Summons. Attached hereto as Exhibit "D" is a true and correct copy of the Summons filed in the state court action.

5. On or about February 16, 2022, Defendant County of Los Angeles served an Answer to Plaintiff's Complaint on Plaintiff and filed the same with the Los Angeles Superior Court. Attached hereto as Exhibit "I" is a true and correct copy of the Answer filed in the state court action.

6. Other than those persons identified above and the persons identified in the Complaint's caption as "DOES 1 – 10," there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed.

7. This Notice of Removal is filed with this Court **within 30 days after the Defendant was served with the Complaint**.

8. A copy of this Notice of Removal will be filed with the Clerk of the Los Angeles Superior Court, and a copy of this Notice is being served on Plaintiff's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2022, at Glendale, California.

/s/ Hrach E. Agazaryan

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Hrach E. Agazaryan, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 1200, Glendale, CA 91210.

On February 18, 2022, I served the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §§ 1441(a) AND 1446(a); DECLARATION OF HRACH E. AGAZARYAN; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Vincent Miller
Nick Sage
The Law Offices of Vincent Miller
16255 Ventura Blvd., Suite 625
Encino, CA 91436

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 18, 2022, at Glendale, California.

By    /s/ Hrach E. Agazaryan