1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  HRACH E. AGAZARYAN, State Bar No. 339758
   hagazaryan@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   150 South Los Robles Avenue, Suite 660
4  Pasadena, California 91101
   Telephone No. (818) 545-1925

5  Attorneys for Defendant
6  County of Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS VILLEGAS, | Case No. 2:22-cv-01132-SSS-JPR |
| Plaintiff, | Honorable Sunshine Suzanne Sykes |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| COUNTY OF LOS ANGELES, a municipal entity; DOES 1-10 inclusive, | |
| Defendants. | [*[Proposed] Order lodged concurrently herewith*] |

///
///
///
///
///
///
///
///
///

1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Nicolas Villegas ("Plaintiff") and Defendant County of Los Angeles ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree that, pursuant to Federal Rules of Civil Procedure Rule 41, the above-captioned action shall be dismissed with prejudice in its entirety. All parties shall bear their own attorneys' fees, costs, and expenses.

**IT IS HEREBY STIPULATED.**

Dated: April 24, 2023         LAWRENCE BEACH ALLEN & CHOI, PC

By ___/s/ Paul B. Beach___
Paul B. Beach[1]
Hrach E. Agazaryan
Attorneys for Defendant
County of Los Angeles

Dated: April 24, 2023         THE LAW OFFICES OF VINCENT MILLER

By ___/s/ Vincent Miller___
Vincent Miller
Nick Sage
Attorneys for Plaintiff
Nicolas Villegas

---

[1] As the filer of this Stipulation for Dismissal with Prejudice, I, Paul B. Beach, attest that Vincent Miller concurs in the contents of this Stipulation and has authorized its filing.