JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS VILLEGAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, a municipal entity; DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-01132-SSS-JPRx<br><br>Honorable Sunshine Suzanne Sykes<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff Nicolas Villegas and Defendant County of Los Angeles have by Stipulation of the Parties, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure Rule 41, stipulated that the above-captioned action shall be dismissed with prejudice in its entirety. All parties shall bear their own attorneys' fees, costs, and expenses.

　　　**IT IS HEREBY ORDERED** the Stipulation for Dismissal is GRANTED.

Dated: April 28, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE SUNSHINE S. SYKES
　　　　　　　　　　　　　　　　　　United States District Court Judge

1